

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

January 24, 1962

Mr. R. L. Coffman
Administrator
Texas Employment Commission
Austin, Texas

Opinion No. WW-1245

Re: Whether recordation of lien
under section 14(f) Texas
Unemployment Compensation
Act, (Art. 5221b-12(f), V.
C.S.) in "State Tax Liens"
book provided for in Art.
1.07A of Title 122A con-
stitutes adequate notice of
such lien.

Dear Mr. Coffman:

You ask if

".  .  .the recordation of a Notice of
Lien provided in Subsection 12(f) of
Article 5221b, V.C.S., in the 'State Tax
Lien' book provided in Article 1.07A of
Title 122-A (and in no other public
records) constitutes adequate notice
and protection of the State's interest
created by the lien."

Our answer is "No".

Article 1.07 as originally enacted in 1959 (H.B. No. 11,
Acts 1959, 56th Leg., 3rd C.S., Ch. 1, p. 187) and as amended
in 1961 (Acts 57th Leg., Reg.Sess., Ch. 104, p. 201) states:

"(1)  All taxes, fines, penalties and
interest due. . .by virtue of this Title,
.  .  ." (Underscoring added.)

The caption of the above Act of 1961 which amended Article
1.07 and which added as original enactments Articles 1.07A
and 1.07B reads in part as follows:

"An Act amending Title 122A, Taxation-
General, Chapter 1, Article 1.07, Acts
of the Fifty-sixth Legislature, Third
Called Session, 1959, providing for
recording of lien of all taxes provided
for in this Act. . .; adding a new Article
denominated 1.07A providing the method

of recordation; adding a new Article
denominated 1.07B providing for such
lien to be a lien on real estate;. . . ."
(Underscoring added.)

The proviso portion of Section (1) of Article 1.07, as amended
by this Act of 1961, reads in part:

"Provided, however, before the taxes
provided for in this law shall become a
lien on real estate, notice thereof must
be filed. . .as provided in Article 1.07A
of this Act. . ." (Underscoring added.)

Article 1.07A reads in part:

"Every county clerk shall. . .provide
a suitable well-bound book, to be called
'State Tax Liens,' upon which, on the filing
of tax claims under the provisions of this
Act,. . ." (Underscoring added.)

It is clear that the method of recordation provided in
Art. 1.07A refers only to the ". . .lien of all taxes provided
for in this Act. . .". Articles 1.07, 1.07A and 1.07B are
comprehended within Title 122A, Taxation-General. The pro-
visions of these articles under consideration are limited
to the scope of this Title. They exclude any reference
whatsoever to Art. 5221b-12(f), which is codified under Title
83, Labor.

We note also that Sec. 7 of House Bill No. 11 (Acts 1959,
Ch. 1, supra) in Subsection (b) thereof which lists the statutes
and acts in conflict with said H. B. No. 11, and which it
repeals, does not list or refer to any portion of Article 5221b.

## S U M M A R Y

Article 1.07A has no reference to
the recordation of notice of the lien
provided for in Article 5221b-12(f).
Recordation of Notice of the lien
arising under Article 5221b-12(f) in
the "State Tax Lien" book provided for
in Article 1.07A of Title 122A does not

constitute adequate notice and protection of the State's interest created by that lien.

Yours very truly,

WILL WILSON
Attorney General of Texas

By W. E. Allen
W. E. Allen
Assistant

WEA/cm

APPROVED:

OPINION COMMITTEE:
Howard W. Mays, Chairman

Gordon Cass
David McAngus
Ben Harrison
John Reeves

REVIEWED FOR THE ATTORNEY GENERAL
By:  Houghton Brownlee, Jr.